# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

LARRY D. WHEATCRAFT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-427

———————————————

February 28, 2024

Appeals from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Sara B. Mollo, Public Defender, and W. Randall Harper, Assistant Public Defender, Clearwater, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.